**\*E-FILED 6/8/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORTES, et al., | No. C 07-01233 RS |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JASWINDER BHULLAR, et al., | |
| Defendants. | |

The above-entitled case is scheduled for a Case Management Conference on June 13, 2007 at 2:30 p.m.  Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference.  No Case Management Statement has been filed.  Therefore, the Court continues the case management conference to **June 27, 2007 at 2:30 p.m.**

Plaintiffs and defendant Johnny Nguyen shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **June 20, 2007;** other deadlines set in the Order Setting Initial Case Management Conference are continued accordingly.

IT IS SO ORDERED.

Dated:  6/8/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Joseph R. Kafka    jr-kafka@sbcglobal.net

Adam Wang    aqwang@dalbonandwang.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Johnny Nguyen
Mexican Brothers Market
100 Alma Avenue
San Jose, CA 95110

Dated: 6/8/07

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg