**United States District Court**
For the Northern District of California

**\*E-FILED 6/27/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORTES, et al., | NO. C 07-01233 RS |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| JASWINDER BHULLAR, et al., | |
| Defendants. | |

This matter came on regularly for a Case Management Conference on June 27, 2007.  No appearance was made by counsel for plaintiffs.  Therefore,

IT IS HEREBY ORDERED that counsel for plaintiffs appear on **July 11, 2007 at 2:30 p.m.** in courtroom 4 of this Court and show cause why this case should not be dismissed for failure to appear at the Case Management Conference and for failure to prosecute.  If plaintiffs fail to show good reason for failure to appear, the case will be dismissed.  All parties should appear at the hearing.

Dated:  June 27, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Joseph R. Kafka    jr-kafka@sbcglobal.net

Adam Wang    aqwang@dalbonandwang.com

**AND A COPY WAS MAILED TO:**

Johnny Nguyen
Mexican Brothers Market
100 Alma Avenue
San Jose, CA 95110

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 27, 2007

                /s/ BAK
                Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California