1  ADAM WANG (STATE BAR NUMBER 201233)
   DAL BON & WANG
2  12 South First Street, Suite 613
   San Jose, CA 95113
3  Tel: (408) 421-3403
   Fax: (408) 351-0261
4
   Attorney for Plaintiffs
5  Carlos Cortes, Pio Del Angel,
   David Del Angel, & Ivonne Arianna Garcia
6

7  LAW OFFICES OF JOSEPH R. KAFKA
   Joseph R. Kafka, Esq. SB #139510
8  1541 The Alameda
   San Jose, California 95126
9  Telephone: 408-993-8441
10 Facsimile: 408-279-0401
   Attorney for Defendants
11 Jaswinder & Mangal Bhullar

12
   JOHNNY NGUYEN
13 100 West Elma Avenue
   San Jose, CA 95110
14 Tel: 408-295-4354
   Fax: 408-295-4354
15 Pro Se

16
                    RECEIVED
                    AUG 1 8 2007
                    BY:_____

                    *E-FILED 9/26/07*

17                  UNITED STATES DISTRICT COURT
18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 CARLOS CORTES, PIO DEL ANGEL,            Case No. C07-01233 RS
   DAVID DEL ANGEL, & IVONNE ARIANNA
   GARCIA
20      Plaintiffs,
                                            STIPULATION TO DISMISS WITHOUT
21     vs.                                  PREJUDICE WITH RESPECT TO
                                            JOHNNY NGUYEN & ORDER
22

23 JASWINDER BHULLAR, MANGAL S
   BHULLAR, JOHNNY NGUYEN, & DOES 1
24 THOUGHT 10
        Defendants
25

                                1                    Case No.  C05-04119 RS

STIPULATION TO DISMISS WITH PREJUDICE
Cortez, et al. v. Bhullar, et al

Pursuant to Fed. R. Civ. Pro. 41, Plaintiffs Carlos Cortes, Pio Del Angel, David Del Angel, and Ivonne Arianna Garcia, and Defendants Jaswinder Bhullar, Mangal S Bhullar, through their respective counsel, and Defendant Johnny Nguyen, acting pro se, stipulate to dismiss all claims alleged in this case without prejudice against Johnny Nguyen.

DAL BON & WANG
ADAM WANG

Dated: August 14, 2007

By: /s/ ADAM WANG
Attorney for Plaintiffs
Carlos Cortes, Pio Del Angel, David Del Angel, and Ivonne Arianna Garcia.

Dated: August ____, 2007

By: /s/ Joseph Kafka
Attorney for Defendants
Jaswinder & Mangal Bhullar

Dated: August 14, 2007

By: /s/ JOHNNY NGUYEN
Defendant in Prop Se

[PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated: ~~August xxxx 2007~~
September 24, 2007

By: RICHARD SEEBORG
United States Magistrate Judge

BUSY/NO RESPONSE
BUSY
STANDARD
00
00:00:00
14086682111207
08/07 13:26
MODE
RESULT
PAGE(S)
DURATION
FAX NO./NAME
DATE, TIME
2
13:25
IN PREJUDICE
Cortes, et al v. Bhullar, et al
TRANSMISSION VERIFICATION REPORT
DALBONWANG
14083610521
08/14/2007  10:29