| | |
|---|---|
| ADAM WANG (STATE BAR NO. 201233)<br>DAL BON & WANG<br>12 South First Street, Suite 613<br>San Jose, CA 95113<br>Telephone:    (408) 292-1040<br>Facsimile:     (408) 292-1045 | *E-FILED 11/27/07* |

Attorneys for Plaintiffs
CARLOS CORTES, PIO DEL ANGEL,
DAVID DEL ANGEL, & IVONNE ARIANNA GARCIA

LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq.  SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0402

Attorney for Defendants
Jaswinder & Mangal Bhullar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS CORTES, PIO DEL ANGEL, DAVID DEL ANGEL, & IVONNE ARIANNA GARCIA<br>          Plaintiffs,<br>     vs.<br>JASWINDER BHULLAR, MANGAL S BHULLAR & DOES 1 THOUGHT 10<br>          Defendants | Case No. C07-01233 RS<br><br>**STIPULATION OF DISMISSAL** AND ORDER THEREON |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiffs Carlos Cortes, Pio Del Angel, David Del Angel, and Ivonne Arianna Garcia, and Defendants Jaswinder Bhullar and Mangal S Bhullar, through their respective counsel, stipulate as follows:

   1.    Parties have fully resolved their disputes and entered into a settlement agreement.

   2.    As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

1

2  Dated: November 23, 2007                                    DAL BON & WANG
                                                               ADAM WANG
3
4                                                          By: /s/ Adam Wang
                                                               Attorney for Plaintiffs
5

6
   Dated: Number ___, 2007                                 By: /s/ Joseph Kafka
7                                                              Attorney for Defendants
                                                               Jaswinder & Mangal Bhullar
8

9

10 _____

11
                                    [PROPOSED] ORDER
12
       Pursuant to parties' stipulation, IT IS SO ORDERED.
13
14 Dated: November 27, 2007                  By _____
                                                Richard Seeborg
15                                              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Cortes v. Bhullar, et al. Case No. C07-01233 RS                                    Page 2
STIPULATION OF DISMISSAL